No. 8,168.—STATE, Appellant, v. LEWIS A. SMITH, Respondent.

Decided January 20, 1941.

PER CURIAM.—Respondent's motion to dismiss the appeal herein based on various grounds, among them, that the state did not have the right of appeal, is by unanimous action of the court granted, and the appeal accordingly ordered dismissed.

*Messrs. Bennett & Bennett* and *Mr. James E. Kelly,* for Respondent.

*Mr. Harrison J. Freebourn,* Attorney General, and *Mr. John M. Comfort,* County Attorney for Madison County, for the State.

No. 8,105.—J. CLIFFORD REED, Appellant, v. NORTHWESTERN AUTO SUPPLY CO., Respondent.

Decided January 28, 1941.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal herein is ordered dismissed.

*Mr. Frederick Moulton,* for Appellant.

*Messrs. Wood & Cook,* for Respondent.